CHICAGO—FIRST DISTRICT—JULY, 1918.     509

Western Iron Const. Co. v. Sternfeld et al., 211 Ill. App. 509.

comity between States has no application where an Illinois manu-facturer sells a motorcycle and side car to residents of Indiana and the latter sell the property under a conditional sales contract to another person and such latter purchaser removes it from the State and sells it to a resident of Illinois, who does not know of the conditional sales contract, even though the conditional sales contract, which was unrecorded in either State, was good in Indiana between sellers and the purchaser and third persons.

2. SALES, § 221*—*when purchaser may acquire good title.* The possession of personalty is prima facie evidence of ownership, and unless a lien is reserved in accord with the statutes of the State the possessor may convey a good title to a bona fide purchaser, provided he is without notice of any intervening equities or claims.

---

**Western Iron Construction Company, Appellee, v. S. A. Sternfeld and Harry N. Sternfeld, Appellants.**

**Gen. No. 24,032.   (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. HARRY P. DOLAN, Judge, presiding. Heard in this court at the March term, 1918. Reversed with judgment of *nil capiat* and for costs. Opinion filed July 1, 1918.

## Statement of the Case.

Action by Western Iron Construction Company, a corporation, plaintiff, against S. A. Sternfeld and Harry N. Sternfeld, defendants, to recover the contract price of 90 angle irons. From a judgment for plaintiff for $176.95, defendants appeal.

STEDMAN & SOELKE, for appellants.

I. B. PERLMAN, for appellee.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

1. SALES, § 126*—*when delivery not shown.* In an action to recover the purchase price of a certain number of angle irons, evidence *held* insufficient to show delivery of a portion of the irons by an expressman at the building at which defendants were working.

2. SALES, § 126*—*what does not constitute delivery of angle irons to building contractors.* The mere placing by an expressman of angle irons, for use in a building under construction, in the street alongside the curb, does not constitute a delivery to the contractors, if no one representing the latter received the irons or checked them up.

---

## Horace D. Kennedy, Appellee, v. North Avenue Motor Sales Company, Appellant.

### Gen. No. 24,083.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 1, 1918.

### Statement of the Case.

Action by Horace D. Kennedy, plaintiff, against North Avenue Motor Sales Company, a corporation, defendant, to recover back the purchase price of a motor truck. From a judgment for plaintiff for $75, defendant appeals.

SAMUEL A. MILLER and AARON R. EPPSTEIN, for appellant.

No appearance for appellee.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.